BROWN v. MOORE

No. 43 PC.

Case below: 22 N.C. App. 445.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 24 September 1974.

BURKHEAD v. WHITE

No. 52 P.C.

Case below: 22 N.C. App. 432.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

CARVER v. MILLS

No. 68 PC.

Case below: 22 N.C. App. 745.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.

DUKE v. INSURANCE CO.

No. 51 PC.

Case below: 22 N.C. App. 392.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 24 September 1974.

EGGIMANN v. BOARD OF EDUCATION

No. 50 P.C.

Case below: 22 N.C. App. 459.

Petition for writ of certiorari to North Carolina Court of Appeals denied 24 September 1974.